UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00150

**Fred A. Dixon, Jr.,**
*Plaintiff,*

v.

**Joe Biden et al.,**
*Defendants.*

### ORDER

Plaintiff Fred A. Dixon, Jr., proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On April 5, 2023, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). Doc. 3. A copy of the report was mailed to plaintiff, who received it on April 21, 2023, and did not file written objections. Doc. 4.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. For the reasons stated in the report, plaintiff's complaint is dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume his lawsuit if he pays the entire filing fee of $402 within thirty days after the entry of the final judgment.

*So ordered by the court on June 28, 2023.*

J. CAMPBELL BARKER
United States District Judge